# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Electrical Workers Health and Welfare Fund, et al., | Civil No. 10-2054 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| vs. | |
| A.A. Hanson Electric, Inc., | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 17, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge